Case 3:24-mj-00331-RMS   Document 1-1   Filed 03/28/24   Page 1 of 6

United States District Court
District of Connecticut
FILED AT NEW HAVEN

3/28 ,20 24

By  N. Langello
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE INTERIOR CHEEKS OF THE MOUTH OF RAMON SOTO | Case No.  3:24-mj-331 RMS<br><br>March 28, 2024 |

**AFFIDAVIT**

I, Geoff P. Maynard, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search and seizure warrant for two buccal DNA swab samples from Ramon Soto (DOB xx-xx-1967), who is currently held in federal custody pending trial in 3:23-cr-00099 (SRU).

2. I respectfully submit that there is probable cause to believe that a buccal DNA swab sample will contain evidence that Ramon Soto committed violations of federal law, including possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); and unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) (hereafter collectively referred to as the "Target Offenses").

3. I have been a United States Postal Inspector since August 2020. I am assigned to the Boston Division, working out of New Haven, Connecticut. Prior to becoming a Postal Inspector, I was employed as a Special Agent with the Department of Defense for 17 years and 10 months. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b) and 846. I have been the affiant on numerous search warrant applications which have led to the seizure of

significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

4. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of five Postal Inspectors, detectives from the Hartford, New Britain, and Groton Police Departments, a Meriden Police Officer, and a Special Agent from the USPS Office of Inspector General.

5. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

6. I have personally been involved in investigations related to the transportation of marijuana, cocaine, and opiates through the United States Mail. In fact, based on my training and experience, I am aware that it is common for individuals to ship such controlled substances through the United States Mail.

7. This affidavit sets forth facts and evidence that are relevant to the requested DNA warrant, but does not set forth all of the facts and evidence that I have gathered during the course of the investigation.

## JURISDICTION

8. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) &

(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

9. **I submit this affidavit in support of a search and seizure warrant authorizing the retrieval of DNA from:**

- **RAMON SOTO** (with a birth date of xx-xx-1967 that is known to me), who is currently held in federal custody pending trial in Case No. 3:23-cr-00099 (SRU).

The affiant is seeking to obtain two buccal swabs from this individual. I have probable cause to believe and do believe that Ramon Soto's DNA may match the DNA profile found on the evidence seized during a search of his residence on May 1, 2023 as discussed in more detail below.

## PROBABLE CAUSE

10. Law enforcement has been investigating Ramon Soto for violations of the Target Offenses as well as his participation in a significant cocaine trafficking conspiracy since 2019. In connection to the investigation, the Honorable U.S. Magistrate Judge Robert A. Richardson authorized two search warrants for physical locations on or about April 29, 2023. As outlined in the affidavit supporting the April 29 requests, there is probable cause to believe that Ramon Soto and others have been engaged in criminal activity, specifically the importation of kilogram quantities of cocaine from Puerto Rico to central Connecticut and Western Massachusetts, via the United States Postal Service. *See* Case No. 3:23mj406(RAR).

11. On May 1, 2023, law enforcement executed the two search warrants obtained on April 29, 2023, at locations referred to herein as Ellsworth Street and Wakefield Court. Based on the investigation, I believe that at the time prior to and of the search, Ramon Soto was residing at the residence at Wakefield Court. As a result of the search warrants, law enforcement seized evidence including two firearms from the Ellsworth Street and one firearm from Wakefield Court.

Law enforcement also seized approximately two kilograms of cocaine from Ellsworth Street, approximately 12 kilograms of cocaine from inbound parcels at the time of the searches, and narcotics distribution materials and money counting machines from the Wakefield Court location. Finally, law enforcement seized one cellular telephone belonging to Joseph Giovanni Soto, a co-defendant in this case. On May 9, 2023, USPIS Task Force Officer Larry Smith submitted an application for a search warrant to search the cellular telephone as well as an affidavit in support of the application, which was authorized by the Honorable Robert A. Richardson on the same date. *See* Case No. 3:23mj445(RAR).

12. Based on the investigation, Soto was involved in large-scale drug trafficking and was responsible for manning the stash location (Wakefield Court) that stored kilogram-quantities of cocaine. During the search of the Wakefield Court residence, a firearm was recovered from a bedroom containing Ramon Soto's personal belongings and subsequent review of messages from the cell phone searched and analyzed indicated Ramon Soto sent a photo of the firearm to another co-conspirator.

13. The firearm found at Wakefield Court was swabbed for DNA and the results were analyzed by a USPIS laboratory. Those results, provided to the Government on March 7, 2024, revealed that the swab from the firearm found at Wakefield Court contained a DNA profile captured from a collection from the rubber grip, edges of the trigger and trigger guard, slide lock, and magazine release of the pistol.

14. Ramon Soto is a convicted felon, having been convicted of Attempted Criminal Sale of a Controlled Substance in the 3rd Degree, New York State PL 110-220.39 01. Soto was convicted of this charge on April 24, 1987 and was sentenced to time served and five years of probation.

15.     On June 7, 2023, a Grand Jury in New Haven, Connecticut returned an indictment charging Joseph Giovanni Soto for violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 18 U.S.C. § 922(g).  On October 17, 2023, a Grand Jury in New Haven, Connecticut returned a superseding indictment charging Joseph Giovanni Soto and Ramon Soto with violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 841(b)(1)(B), and 846, and 18 U.S.C. § 922(g), and Melvin Mattei with 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846.  Case No. 3:23cr99(SRU), Doc. No. 29.  Ramon Soto was arrested on March 14, 2024, and has been detained in pre-trial federal custody since his arrest.

16.     Based on the foregoing, there is probable cause to believe, and I do believe, that Soto was engaged in a conspiracy that involves the distribution of significant quantities of cocaine with the aid of firearms, and that the DNA swabs will provide evidence of the Target Offenses; in particular, DNA swabs will provide evidence as to Soto's possession of the seized firearm from the Wakefield Court residence.

## SEARCH TO BE CONDUCTED

17.     Soto's DNA samples that I am seeking will be collected by buccal swabbing.  This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing the inside right cheek, then the inside left cheek, for approximately five to 10 seconds. Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The samples seized will be submitted to the Lab for examination, testing and analysis, and will be compared to the DNA material obtained from the swabs of the firearm discussed above.

18.     It is my understanding that a known DNA sample from Ramon Soto could be used to determine whether his DNA matches the potential profile collected on the firearm found and seized from his residence (Wakefield Court).  A match would evidence that Soto likely physically touched the firearm at some point.

19. It is understood that DNA profiles or partial DNA profiles of more than one person may be located on an object when more than one person has handled an item.

20. Based upon the foregoing, there is probable cause to believe that Soto's DNA swabs will constitute evidence of a violation of the Target Offenses.

Respectfully submitted,

Geoff Maynard
Digitally signed by Geoff Maynard
Date: 2024.03.28 10:09:34 -04'00'

Geoff Maynard, USPIS

The truth of the foregoing affidavit has been attested to me by Geoff Maynard on this 28th day of March 2024, by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2024.03.28 15:34:23 -04'00'

ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE